AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

NAACP, et al.,
*Plaintiff*
v.
U.S. Department of Homeland Security, et. el,
*Defendant*

Case No. 26-3263

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NAACP, Mi Familia en Acción, OCA – Asian Pacific American Advocates, National Urban League, and MN8 .

Date: 09/18/2026

*Attorney's signature*

Hayden Johnson, D.C. Bar No. 1671830
*Printed name and bar number*

2020 Pennsylvania Avenue NW #163
Washington DC 20006
*Address*

Hayden.Johnson@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

*FAX number*