**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants*. | Civil Action No. 26-cv-3263-LLA |

**MOTION FOR ADMISSION PRO HAC VICE OF JOHN S. CUSICK**

Pursuant to Local Civil Rule 83.2(d), Hayden Johnson, a member of the bar of this Court and counsel for Plaintiffs, respectfully moves for the admission pro hac vice of John S. Cusick in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.
2. John S. Cusick is an attorney with the NAACP Legal Defense and Educational Fund, Inc. and maintains his office at 40 Rector Street, Fifth Floor, New York, NY 10006 (Telephone: (212) 965-2200).
3. As set forth in the attached declaration, John S. Cusick is an active member in good standing of the state bar of New York and the federal bars of the New York Southern District Court, New York Eastern District Court, U.S. Court of Appeals for the11th Circuit, U.S. Court of Appeals for the 2nd Circuit, the U.S. Supreme Court, Western District of Tennessee, and the District of Columbia Court of Appeals.
4. Pursuant to Local Civil Rule 83.2(e)(2), attached to this motion is a certificate of the

court or bar for the state in which John S. Cusick regularly practices, which has been issued within thirty (30) days of filing and states that John S. Cusick is a member in good standing of the bar of that state court.

5. John S. Cusick does not want to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting John S. Cusick to appear pro hac vice in the above-captioned case.

Date: September 18, 2026

Respectfully submitted,

*/s/ Hayden Johnson*
Hayden Johnson (DC Bar No. 1671830)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW #163
Washington, DC 20006
(202) 579-4582
Hayden.Johnson@protectdemocracy.org