**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants*. | Civil Action No. 26-cv-3263-LLA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Admission Pro Hac Vice of John Cusick, it is hereby ORDERED that the Motion is GRANTED. John Cusick is admitted pro hac vice and may appear on behalf of Plaintiffs in the above-captioned case.

Dated:

____________________________________
United States District Judge