AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NAACP et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-03263-LLA |
| Department of Homeland Security et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Federation of Teachers, United Food and Commercial Workers International Union, and Internatic .

Date: 09/21/2026

/s/ Harold Craig Becker
*Attorney's signature*

Harold Craig Becker, 371239
*Printed name and bar number*

Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
*Address*

Craig@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

(208) 493-4909
*FAX number*