**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>*Defendants.* | Civil Action No. 26-cv-3263-LLA |

**<u>NOTICE OF APPEARANCE OF JOHN CUSICK</u>**

Please take notice that I am authorized to practice in this Court, and I hereby enter my appearance in this case as additional counsel for Plaintiffs the National Association for the Advancement of Colored People, Mi Familia en Acción, National Urban League, MN8, and OCA–Asian Pacific American Advocates.

Date: September 24, 2026

Respectfully submitted,

*<u>/s/ John Cusick</u>*
John Cusick*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th floor
New York, NY 10006
(212) 965-2200
jcusick@naacpldf.org

*Counsel for Plaintiffs*
**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2026, the foregoing notice was filed electronically and will be sent electronically to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *John Cusick*
John Cusick
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.