# EXHIBIT B: INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's Order granting Plaintiffs' Motion for Expedited Discovery, Plaintiffs request that Defendants answer the following Interrogatories separately, fully, in writing, and under oath within five days of the Court's Order or by such other date as the Court sets.

## DEFINITIONS

1. **"Defendants," "You," and "Your"** mean the U.S. Department of Homeland Security ("DHS"), including its components U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations, U.S. Customs and Border Protection, U.S. Citizenship and Immigration Services, and the Federal Protective Service; Markwayne Mullin, in his official capacity; David Venturella, in his official capacity; the U.S. Department of Justice ("DOJ"), including its Civil Rights Division, Criminal Division, and the Offices of the Attorney General and Deputy Attorney General; Todd Blanche, in his official capacity; the Federal Bureau of Investigation ("FBI"); Kash Patel, in his official capacity; and Thomas Homan, in his official capacity as White House Executive Associate Director of Enforcement and Removal Operations; together with the officers, employees, and agents of each.
2. **"Identify"** means, with respect to a policy, training material, or criterion, to state its title (or a description sufficient to distinguish it from other documents), its date, and the office or official that issued it; the Defendants and components to which it applies; whether it is currently in effect; and the Bates number of any Document that embodies it.
3. **"And" and "or"** are terms of inclusion, not exclusion.
4. **"Voting Location"** means any polling place, vote center, early-voting site, ballot drop box, election office, or other location at which ballots are cast, collected, processed, tabulated, canvassed, or certified for the November 3, 2026 general election, including its associated early-voting, canvass, and certification periods (the "2026 General Election").

## INSTRUCTIONS

1. Unless otherwise stated, the relevant period is January 20, 2025 through the date of Your answer.
2. If Defendants contend that no responsive policy, training material, or criterion exists for any Defendant or component, the answer must so state expressly as to that Defendant or component.
3. If any information is withheld on a claim of privilege, state the nature of the information withheld and the basis for the claim in a manner that complies with Federal Rule of Civil Procedure 26(b)(5)(A). If You object to part of an Interrogatory, state the objection with specificity and answer the remainder.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all policies, training materials, or criteria Defendants use, have used, or plan to use to avoid conducting operations, including within, at, or in proximity to Voting Locations, that would risk violating federal and state prohibitions on voter intimidation, including under 52 U.S.C. § 10307(b) and 18 U.S.C. § 592, for the upcoming November 2026 elections.

**INTERROGATORY NO. 2:**

Identify all policies, training materials, or criteria Defendants use, have used, or plan to use to ensure their investigations do not inadvertently or unlawfully target or otherwise intimidate, coerce, or threaten U.S. citizens during voting periods, including naturalized citizens, citizens who live in mixed immigration status households, derivative citizens, and U.S. citizens who petitioned for spousal citizenship.