Outlook

## RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)

**From** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Date** Thu 2026-10-29 13:14
**To** John Cusick <jcusick@naacpldf.org>; Leah Wong <LWong@aaldef.org>
**Cc** Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>

John,

This is a lengthy list of questions and concerns. Some of these questions were not previously presented to me, until your 12:43 p.m. email. Given that I am preparing now for a hearing at 2 p.m. - and we do not have a scheduled call until 3:30 p.m. - I will not be able to obtain these answers prior to our meeting. I will likely not have answers during our meeting.

At a minimum, I can represent that, as of the date of the productions on Monday and Wednesday, the production was complete. Defendants reserved the right to supplement their responses. As for Item Nos. 1 and 2 (custodians and data sources), this is not a part of the Court's order (ECF No. 41) and it is unclear how that determines whether or not Plaintiffs will seek emergency relief. As for Item No. 3, as I indicated on our call on Tuesday, it is unclear why you are using FOIA related terms, such as "hit counts," when this is not a FOIA request. Again, it is unclear why Plaintiffs appear to treat the discovery in this request as a FOIA request, when it is not.

That said, I will share your concerns and questions with the Defendants. The government will need an opportunity to review and respond. It may be best to hold off on our meeting this afternoon, so I can get those responses. I will probably need until tomorrow morning to respond.

Thanks.
Cate

---

**From:** John Cusick <jcusick@naacpldf.org>
**Sent:** Thursday, October 29, 2026 12:43 PM
**To:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>; Leah Wong <lwong@aaldef.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>
**Subject:** [EXTERNAL] RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)

Afternoon Cate,