Outlook

**RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)**

**From** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Date** Thu 2026-10-29 21:17
**To** John Cusick <jcusick@naacpldf.org>; Leah Wong <LWong@aaldef.org>
**Cc** Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>

John,

The parties' joint status report should not be delayed any further by Plaintiffs. Defendants provided a draft joint status report hours ago and have not received a draft report from Plaintiffs, as of 9:15 PM.

Defendants' objections and responses to your emailed questions below are as follows. Defendants' responses are in bold.

Please provide Plaintiffs' position by 10 PM in the draft status report that I sent to you earlier today.

Thank you.
Cate

***

1. Custodians: For RFD Nos. 3 and 4, per Defendant, please identify each custodian whose files were collected and searched, along with their titles.

**Defendants object to this request on the basis that this is a new interrogatory that was not included in the proposed discovery requests. The Court's October 21, 2026 Order did not require Defendants to provide this information.**
**Subject to the above objection, Defendant FBI states that it did not search custodian files for RPD No. 3; Defendant DHS states that this is an ESI request that was not required within the staggered deadlines.**

2. Data sources: For RFD Nos. 3 and 4, per Defendant, please identify the sources searched for each custodian, including email, text and messaging applications, shared drives, and any personal devices or accounts used for official business.

**Defendants object to this request on the basis that this is a new interrogatory that was not included in the proposed discovery requests. The Court's October 21, 2026 Order did not require Defendants to provide this information.**
**Subject to the above objection, Defendant FBI states that it did not search custodian files for RPD No. 3; Defendant DHS states that this is an ESI request that was not required within the staggered deadlines.**

3. Search methodology: For RFD Nos. 3 and 4, per Defendant, please provide search terms used, confirm the date range applied, and hit counts by term and custodian, or, if technology-assisted review was used, a description of that process.

**Defendants object to this request on the basis that this is a new interrogatory that was not included in the proposed discovery requests. The Court's October 21, 2026 Order did not require Defendants to provide this information.**

   a. For RFD No. 3, it appears Defendants construed it to only cover "official, formalized policies." We understand that it may therefore not include custodial searches and limited the scope of review to exclude other records within DHS's control for CBP, USCIS, and FPS. Is that accurate? If so, we are concerned that search does not comply with the Court's order, which approved RFD No. 3 as written.
   b. For RFD No. 3, did the search not cover the first component that we had discussed multiple times?
   c. For RFD No. 4, in your October 28, 2026 email titled "DHS Privilege Log and RPD No. 4 - NAACP, et al. v. DHS, et al. - 26-3263-LLA (DDC)," you represented that "DHS states that it made a good faith attempt to locate, and provide, documents that supplement or supersede the guidance referenced in both parts 4(a) and 4(b) of RPD No. 4." Please describe the "good faith attempt." As you know, Rule 26(g) requires a reasonable inquiry, not just good faith. To this end, answers to some of the questions above and below will be helpful, but for ease of reference, we'd like to know which offices, custodians, and systems were searched—for example, HSI, ICE leadership, DHS HQ, USCIS/FDNS, CBP; search terms and date range; whether any higher-level DHS or ICE memo authorized or preceded the HSI broadcasts, since 4(b) covers documents that "comprise or otherwise communicate" the directive; and whether Defendants searched for supplementing documents after October 23.

4. Withheld documents: For RFD Nos. 3 and 4, please confirm for each RFD whether any documents are being withheld altogether. Likewise, if there any privilege log for RFD No. 3. We'd also welcome clarification regarding the possibility of protective orders being lifted to allow for removal of some redactions, which you raised during our October 27 meet-and-confer.

**Defendants state that it is unclear what Plaintiffs mean by "whether any documents are being withheld altogether."**

5. Potential Gaps: We are still conducting our review. As just one example, the production for RFD No. 3. seems incomplete. Public reporting, for example, indicates that officials in jurisdictions throughout the country have received notices about where DOJ's poll monitors will be sent. Yet Defendants' production only includes a single email correspondence dated October 21, 2026 from a "Trial Attorney" in the Civil Rights Division, Voting Section whose name has been redacted, to the Texas Secretary of State.
   a. For RFD No. 3, based on the production, please confirm whether ICE, HSI, and CBP have any policy at all governing presence at or near voting locations as described in the RFD No. 3.

**ICE is within HSI, not a separate entity.**

6. Completeness: Please confirm whether Defendants' production is complete for each request, and if not, when the remaining documents will be produced.

**Defendants confirmed that its production was completed on the date of the respective productions, RPD Nos. 1 and 4 on October 26, 2026; and RPD No. 3 on October 28, 2026.**

---

**From:** John Cusick <jcusick@naacpldf.org>
**Sent:** Thursday, October 29, 2026 9:02 PM
**To:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>; Leah Wong <lwong@aaldef.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>
**Subject:** [EXTERNAL] RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)

Hey Cate,

Do you an update on timing for any of the responses?

Many thanks,
John

---

**From:** John Cusick
**Sent:** Thursday, October 29, 2026 6:45 PM
**To:** 'Malycke, Catherine (USADC)' <Catherine.Malycke@usdoj.gov>; Leah Wong <lwong@aaldef.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>
**Subject:** RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)

Thanks, Cate. We look forward to reviewing the responses, which will help inform what we may include. We also appreciate the offer to file and will get back to you shortly.

---

**From:** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Sent:** Thursday, October 29, 2026 6:06 PM
**To:** John Cusick <jcusick@naacpldf.org>; Leah Wong <lwong@aaldef.org>
**Cc:** Hayden Johnson <hayden.johnson@protectdemocracy.org>; M Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu; Imani Franklin <franklin@nilc.org>; Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>; Meyers, Max <mmeyers@naacpnet.org>
**Subject:** RE: Deficiencies in RPD No. 1 and 4 - NAACP v. DHS, 26-3263 (D.D.C.)

[Caution: EXTERNAL EMAIL]

John –

Attached is a draft joint status report. I left space for Plaintiffs to insert their position. Note that Defendants propose the next JSR to be filed in a week. Please provide any edits and send back in a redline. Once final, I am happy to get this on file for us, unless you want to.