Outlook

**DHS Privilege Log and RPD No. 4 - NAACP, et al. v. DHS, et al. - 26-3263-LLA (DDC)**

**From** Malycke, Catherine (USADC) <Catherine.Malycke@usdoj.gov>
**Date** Wed 2026-10-28 21:00
**To** John Cusick <jcusick@naacpldf.org>; Hayden Johnson <hayden.johnson@protectdemocracy.org>; Miranda Galindo <mgalindo@latinojustice.org>; Pooja Chaudhuri <pooja@democracydefenders.org>; jasleen.singh@nyu.edu <jasleen.singh@nyu.edu>; Imani Franklin <franklin@nilc.org>; Leah Wong <LWong@aaldef.org>
**Cc** Barragan, Kathryn E (CIV) <Kathryn.E.Barragan@usdoj.gov>; Nusbaum, Abigail S (CIV) <Abigail.S.Nusbaum@usdoj.gov>

1 attachment (171 KB)
NAACP RFP No. 4 - DHS Privilege Log.pdf;

Good evening,

Attached please find the privilege log for DHS's production in RPD No. 4.

Also, in response to your questions about RPD No. 4, DHS provides the following responses.

Regarding document "4(a) – 0819-26 BCAST – Broadcast Message Request_Redacted") (an email dated Friday, August 28, 2026 with subject line "0819-26 [BCAST] Voter Fraud Surge – Broadcast Message Request"), DHS states that the document provided constitutes its best guess of "the internal DHS guidance [that was] reported by CNN on August 31, 2026." The August 28, 2026 email includes the exact quote that you had referenced in you October 27, 2026 email – "Starting Tuesday, HSI is launching a 'coordinated criminal voter fraud surge initiative to pursue investigative leads, conduct field interviews, and support timely prosecutorial review,' the guidance says." And the same email also says that the investigations will begin on September 1, which is the Tuesday after the email was sent and after the CNN article was published.

In addition, DHS states that it made a good faith attempt to locate, and provide, documents that supplement or supersede the guidance referenced in both parts 4(a) and 4(b) of RPD No. 4. This is what the Court ordered.

Thank you.
Cate

**Catherine J. Malycke ("Cate")** | Assistant U.S. Attorney
Civil Division, U.S. Attorney's Office
601 D St., NW, Washington, D.C. 20530
Ph: (202) 809-3495 (cell)
Em: Catherine.Malycke@usdoj.gov